UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CORINNE T. HAGGAS,

                Plaintiff,

        -v-                         6:17-CV-636
                                       (DNH/WBC)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

CORINNE T. HAGGAS
Plaintiff, pro se
62 Moreland Street
Little Falls, NY 13365

SOCIAL SECURITY ADMINISTRATION      FERGUS J. KAISER, ESQ.
Attorneys for Defendant                   Special Ass't U.S. Attorney
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff Corinne T. Haggas filed this action seeking judicial review of a final decision of

the Commissioner of Social Security denying her claim for benefits under the Social Security

Act.  By Report-Recommendation dated May 7, 2018, the Honorable William B. Mitchell

Carter, United States Magistrate Judge, recommended that the Commissioner of Social

Security's decision be affirmed and that the complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner of Social Security's decision is AFFIRMED; and

2. Plaintiff's complaint is DISMISSED.

The Clerk shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 22, 2018
       Utica, New York.